**William Jacob RELFORD, Movant,**

v.

**COMMONWEALTH of Kentucky, Respondent.**

Supreme Court of Kentucky.

May 23, 1978.

Edward C. Monahan, Asst. Public Defender, Frankfort, for movant.

Robert F. Stephens, Atty. Gen., Robert W. Hensley, Mark F. Armstrong, Asst. Attys. Gen., Frankfort, for respondent.

### OPINION AND ORDER

We are of the opinion that discretionary review of this case, 558 S.W.2d 175 (Ky. App.), was improvidently granted.

The order granting discretionary review is vacated and the case is remanded to the Court of Appeals for the issuance of the mandate.

All concur.